Form G5 (20240101_bko)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | Case Number: | 24-01901 |
| ) | | |
| LAVONNA K. CAIN, and ) | Chapter: | 13 |
| FRANKLIN R. CAIN ) | | |
| ) | Honorable Deborah L. Thorne | |
| ) | | |
| ) | Joliet | |
| Debtor(s) ) | | |

## AGREED ORDER CONDITIONING AUTOMATIC STAY

This matter coming before the Court on the motion of HYUNDAI MOTOR FINANCE COMPANY ("Hyundai") to modify automatic stay, and the parties being in agreement;

IT IS ORDERED:

1. The automatic stay remains in effect as to Hyundai, subject to the conditions of this Order;

2. Lavonna K. Cain and Franklin R. Cain ("Debtors") agree to at all times maintain valid insurance on the 2023 Hyundai Palisade motor vehicle bearing a Vehicle Identification Number of KM8R4DGE8PU488250 (the "Vehicle") wherein Hyundai is listed as the lienholder/loss payee and agree to provide Hyundai with proof of same upon renewal or any changes in coverage;

3. As of October 4, 2024, the existing default through and including the September 25, 2024 payment is $114.79;

4. Debtors will cure the existing default of $114.79 on or before October 31, 2024;

5. Debtors will make the regular monthly payment for October 2024 on or before October 31, 2024;

6. In the event Debtors fail to tender payment to Hyundai pursuant to Paragraph 3 or 4 above, or fails to tender payment pursuant to the Chapter 13 Plan and Retail Installment Contract, to the extent that non-payment results in a default in payment obligations to Hyundai of two (2) or more monthly payments, or otherwise fail to comply with any of the other terms or conditions of this Order, such failure will constitute a default by Debtors of the provisions of this Order;

7. Upon default as described above, Hyundai will file with the Court and serve upon Debtors and counsel a Notice of Default;

8. If such default is not cured within fourteen (14) days of notice, the automatic stay will terminate upon the filing of a Notice of Termination and Hyundai will have the right to pursue its in rem nonbankruptcy remedies with respect to the Vehicle without having to seek further leave of Court.

AGREED:

/s/ Lincoln M. King                              /s/ Cari A. Kauffman

On behalf of Debtors, Lavonna K. Cain and Franklin R. Cain

On behalf of Hyundai Motor Finance Company

Enter:

*[signature: Deborah L. Thorne]*

Dated: 10/17/2024

United States Bankruptcy Judge

**Prepared by:**
Cari A. Kauffman (Ill. #6301778)
Sorman & Frankel, Ltd.
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312) 332-3535 / (312) 332-3545 (facsimile)